The Siegfried Group LLP
1201 N. Market Street
Wilmington, DE 19801

Locke Lord LLP
2800 Financial Plaza
Providence, RI 02903

American Express Company
Corporate Services Operations
AESC-P  20022 North 31st Ave,
Mail Code AZ-08-03-11
Phoenix, AZ 85027

BDO USA LLP
PO Box 642743
Pittsburgh, PA 15264-2743

ICI Headquarters Group LLC
290 Heritage Ave
Portsmouth, NH 03801

Jefferson River Capital LLC
1330 Avenue of the Americas
New York, NY 10019

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674

GPS UK Apprenticeship Agency Limited
Unit 3 GPS House
Beenham, Reading RG7 5NF

OMF consultoria deportiva 2017, SL (GPS Spain TorFX)
Carrer de Salvador Allende, 7, 2º
La Vall d'Uixó, SPN 12600

Hartford Insurance Company
PO Box 660916
Dallas, TX 75266

The Fessenden School
250 Waltham Street
West Newton, MA 02465

Innovative V, LLC
1629 4th Avenue SE
Decatur, AL 35601

Massachusetts Youth Soccer Association
512 Old Union Turnpike
Lancaster, MA 01523

Robert Half Finance & Accounting
PO Box 743295
Los Angeles, CA 90074-3295

Woburn Public Schools
55 Locust Street
Woburn, MA 1801

Chase Cardmember Service
PO BOX 1423
Charlotte, NC 28201-1423

Pollack Solomon Duffy LLP
101 Huntington Avenue
Boston, MA 02199

SAJE Enterprises LLC
8 Cornwall Court
East Brunswick, NJ 08816

Insight Direct USA, Inc
6820 S. Harl Ave
Tempe, AZ 85283

GreatHorn, Inc.
260 Charles Street
Waltham, MA 02453

Sport Center 481
6841 Collamer Rd
East Syracuse, NY 13057

HubSpot, Inc.
PO Box 419842
Boston, MA 02241-9842

Hilton Prague - Quinn Hotels Praha a.s.
Pobřežní 1
Prague 8, Hlavni mesto Praha 186 00

Town of Medway
155 Village St
Medway, MA 02053

New England Futbol Club
31 David Street
Holliston, MA 01746

Four Points by Sheraton Bolzano
Via B. Buozzi Str. 35
Bozen, Trentino-Alto Adige 39100

Bosse Sports Training
280 Worcester Road
Framingham, MA 01702

Hopkinton Parks and Recreation
85 Main Street
Hopkinton, MA 01748

Elm Park Capital Management, LLC
2300 N. Field Street
Dallas, TX 75201

Bay State Hockey LLC (Jr. Bruins Hockey)
121 Donald Lynch Blvd.
Marlborough, MA 01752

Wide World of Indoor Sports
621 Pound Hill Rd #200
North Smithfield, RI 02896

WorldStrides Sports
3060 Washington Rd, Rt 97
Glenwood, MD 21738

QDiscovery LLC
125 Eugene O'Neill Drive
New London, CT 06320

Fairfield Inn & Suites in Fort Wayne, IN
6021 Lima Road
Fort Wayne, IN 46818

IST Plus
Shakespeare Business Centre
London, Lambeth SW98RR

DeGrace Group
5 Cabot Road, #461
Medford, MA 02155

Monroe Community Sports Centre Corp
2700 Brighton-Henrietta Townline Road

St. Louis Youth Soccer Association
10733 Sunset Office Drive
Sunset Hills, MO 63127

Harvard Pilgrim Health Care
P.O. BOX 970050
Boston, MA 02297

St. Marks School
25 Marlboro Road
Southborough, MA 01772

Champro Sports
Dept 8049
Carol Stream, IL 60197-5998

RTSW SFM, LLC
Rocky Top Sports World
Gatlinburg, TN 37738

Dell EMC
PO Box 802816
Chicago, IL 60680

Gitch Sportswear Inc.
9-1140 Sheppard Avenue West
North York, ON M3K 2A2

Danvers Indoor Sports LLC
150 R Andover Street
Danvers, MA 01923

Triangle Volleyball Club INC
121 Competition Center Drive
Morrisville, NC 27560

FCUSA Coastal
210 Malapardis Road
Cedar Knolls, NJ 07927

Pittsburgh Penguins Elite Amateur Hockey
8000 Cranberry Springs Drive, Cranberry Twp, PA 16066

Buffalo State College Foundation
1300 Elmwood Avenue
Buffalo, NY 14222

St John's Preparatory School
72 Spring St
Danvers, MA 01923

VolleyFX Volleyball Club
PO Box 132
Penfield, NY 14526

OREA Hotels s.r.o.
Na Pankráci 1062/58
Praha 4, Hlavni mesto Praha 14000

Susan Gang Consulting LLC
1402 Terrace View Drive
Cedar Park, TX 78613

Pinnacle Athletics LLC
7600 Pinnacle Road
victor, NY 14564

Lynch Hockey LLC
PO Box 37
Manville, RI 02838

Ref Check LLC
P.O. Box 643778
Vero Beach, FL 32964

Skillsoft Corporation
300 Innovation Way, Suite 201
Nashua, NH 03062

Second Mile Marketing
618 S Gay Street
Knoxville, TN 37902

HOF Village, LLC
4020 Kinross Lakes Parkway Suite 200
Richfield, OH 44286

Town of Weymouth - Recreation Department
1393 Pleasant Street
Weymouth, MA 02189

ASINC LLC
6601 Pebble Beach Way
Lakewood Ranch, FL 34202

CRR, LLP
545 Salem Street
Wakefield, MA 01880

Twenty-Nine Palms Economic Development Corporation
46200 Harrison Place
Coachella, CA 92236

Acton-Boxborough Regional School District Community Education
16 Charter Road
Acton, MA 01720

Dwyer Arena
Niagara University 5795 Lewiston Rd, 1 Monteagle Trail, Lewiston, NY 14109

Charles River School
6 Old Meadow Road
Dover, MA 02030

Mission Awards Inc
2030 Tonawanda Road
Giaun, MI 49637

New York State West Youth Soccer Association
1200 C Scottsville Road
Rochester, NY 14624

Lexington County Soccer Club
411 N Lake Dr
Lexington, SC 29072

Quick Start Camps
16 Highland St
Woburn, MA 01801

Holliston Youth Soccer Association
PO Box 6003
Holliston, MA 01746

PlanSource Benefits Administration, Inc.
PO Box 932330
Atlanta, GA 31193-2330

PGA Tournament Corporation, Inc
100 Ave of the Champions
Palm Beach Gardens, FL 33418

Alliance Volleyball Club
215 Gothic Court
Franklin, TN 37067

City of Warwick (Thayer and Warburton Arenas)
925 Sandy Lane
Warwick, RI 02889

Ten Talents LLC
16461 Bricker Road
Covington, LA 70433

City of Trenton
Trenton Kennedy Recreation Center
3101 West Road
Trenton, MI 48183

Sportsplex of Halfmoon
6 Corporate Drive
Clifton Park, NY 12065

MetroWest YMCA, Inc.
280 Old Connecticut Path
Framingham, MA 01701

Hockey Hall of Fame
Brookfield Place
Toronto, ON M5E1X8

Dedham Public Schools
100 Whiting Road
Dedham, MA 0026

Princeton Elite Soccer Academy Inc
PO BOX 534
Princeton, NJ 08542

CM8 Soccer Consulting & Management
7 West St, STE 11
Walpole, MA 02081

Elite Futsal Charleston
547 Long Point Road, Suite 111
Mt. Pleasant, SC 29464

Los Angeles Jr. Kings
P.O. Box 50204
Long Beach, CA 90815

GLS Associates INC
7 Parkridge Rd
Haverhill, MA 01835

Saint John's High School
378 Main Street
Shrewsbury, MA 01545

Higher Level LLC
3377 S County Trail
East Greenwich, RI 02818

| | | |
|---|---|---|
| Sports Recruits LLC<br>15 MetroTech Center<br>Brooklyn, NY 11201 | LREH California LLC<br>Building - Haverhill<br>Troy, MI 48099 | The Summit Sports and Ice Complex<br>9410 Davis Hwy<br>Dimondale, MI 48821 |
| Brian DeWitt<br>140 Spencer Road<br>Basking Ridge, NJ 07920 | Central Street Limited Partnership<br>85 Central Street<br>Waltham, MA 02454-0351 | BB Hockey Group<br>6577 Pine Ridge Circle<br>Clarkston, MI 48346 |
| Cool Sports LLC<br>110 South Watt Rd<br>Knoxville, TN 37934 | Katrin Kaarna<br>664 University Ave<br>Rochester, NY 14607 | Town of Falmouth<br>59 Town Hall Square<br>Falmouth, MA 02540 |
| Futsal NH LLC<br>P.O. Box 14<br>Merrimack, NH 03054 | Belmont Day School<br>55 Day School Lane<br>Belmont, MA 02478 | Aspia AB<br>Taby C Box 2904<br>Taby, Stockholms Lan 18314 |
| Ignite HCM LLC<br>3613 Byron Circle<br>Frederick, MD 21704 | UNE Athletics<br>11 Hills Beach Rd<br>Biddeford, ME 04005 | Metropolitan Collision<br>765 Military Road<br>Buffalo, NY 14216 |
| New York State Hockey Officials Association<br>P.O. Box 442<br>Buffalo, NY 14225 | NXT Sports LLC<br>1100 East Hector Street, Suite 5025<br>Conshohocken, PA 19428 | United States Hockey League (USHL)<br>850 W Jackson Blvd<br>Chicago, TN 60607 |
| Steel City Selects Girls Hockey Association<br>c/o 40 Baierl Ice Complex | CDW Direct<br>P. O. Box 75723<br>Chicago, IL 60675-5723 | Ciotech<br>41 Rue de Syracuse<br>Candiac Quebec, Canada J5R 0B7 |
| TSC Ice LLC<br>1535 Washington Street<br>Braintree, MA 02184 | GPS Conquistadores Inc<br>Luis Vigoreaux ave. 1353<br>PMB 706 BOX 766<br>GUAYNABO, Puerto Rico 00966 | Virginia Rush Soccer, Inc.<br>2044 Landstown Centre Way<br>Virginia Beach, VA 23456 |
| Allsport Soccer Arena LLC<br>Old Ferry Road<br>Northampton, MA 01061 | Town of West Warwick - Ice Rink<br>100 Factory Street<br>West Warwick, RI 02893 | Boss Ice Arena - URI<br>1 Keaney Rd<br>Kingston, RI 02881 |
| Setterwalls Advokatbyrå AB<br>Stortorget 23<br>Malmö, Skane Lan SE-203 20 | Sheraton Greensboro<br>3121 W Gate City Blvd<br>Greensboro, NC 27407 | The Winsor School<br>103 Pilgrim Rd<br>Boston, MA 02115 |

| | | |
|---|---|---|
| En Masse 360 LLC<br>1 High St Court<br>Morristown, NJ 07960 | The U at Starland / University Sports Complex<br>645 Washington Street<br>Hanover, MA 02339 | Goodmans LLP<br>333 Bay Street<br>Toronto, ON M5H 2S7 |
| HRC Total Solutions<br>111 Charles Street<br>Manchester, NH 03101 | Narragansett School Department<br>235 South Pier Road<br>Narragansett, RI 02882 | Maxwell Medals & Awards<br>1296 Business Park Drive<br>Traverse City, MI 49686 |
| Freeman Development LLC<br>12705 Via Lucia<br>Boynton Beach FL 33436-5827 | Rochester Institute of Technology<br>25 Lomb Memorial Drive<br>Rochester, NY 14623-5608 | US Youth Soccer Association<br>PO Box 1928<br>Frisco, TX 75034 |
| DoubleTree by Hilton, Denver-Aurora<br>13696 E Iliff Place<br>Aurora, CO 80014 | Skeltons Foreign Auto LLC<br>364 State Road<br>Bath, ME 04530 | UPMC Lemieux Sports Complex<br>8000 Cranberry Springs Drive<br>Cranberry Township, MI 16066 |
| T3 Travel<br>11519 Kingston Pike<br>Knoxville, TN 37934 | WeGotSoccer<br>99 Washington St.<br>Foxboro, MA 02035 | Walnut Hill School for the Arts<br>12 Highland Street<br>Natick, MA 01760 |
| The Williston Northampton School<br>19 Payson Avenue<br>Easthampton, MA 01027 | Tilton School<br>30 School Street<br>Tilton, NH 03276 | Robert Wood Johnson University Hospital Somerset<br>110 Rehill Ave<br>Somerville, NJ 08876 |
| Kelly Knapp<br>83 Hillcrest Rd<br>Fair Haven, NJ 07704 | A.J. Kiddie Trust<br>657 Congress Street<br>Portland, ME 04101 | Nichols School-Dann Memorial Rink<br>1275 Amherst Street<br>Buffalo, NY 14216 |
| 3 OOO LLC<br>85 Bridge Ave<br>Bay Head, NJ 08742 | Bedford Sports Center, LLC (The Edge Sports Center)<br>191 Harford Road<br>Bedford, MA 01730 | Forekicks III - Taunton<br>223 Fremont Street<br>Taunton, MA 02780 |
| Jason Nicholetts<br>23 Avonlea Court<br>Spruce Grove, Alberta Canada T7X4R5 | Wheaton College Department of Athletics<br>26 East Main Street<br>Norton, MA 02766 | Mike Craigen<br>412 Marine Road West<br>Knoxville, TN 37920 |
| Lenti Law, P.A.<br>217 N Westmonte Dr, Suite 1004<br>Altamonte Springs, FL 32714 | PretiFlaherty<br>P.O. Box 9546<br>Portland, ME 04112-9546 | DE TURF Regional Sports Complex<br>4000 Bay Road<br>Frederica, DE 19946 |

Academia Puertorriquena de
Arbitros de Futbol
PMB 141 Box 4956
Caguas, Puerto Rico 00726

Cathedral of Praise
3790 Ashley Phosphate Road
North Charleston, SC 29418

Thomas Gustafson
9327 Chapel Street
Portage, MI 49024

MPGG Properties LLC
360 Route 101
Bedford, NH 03110

S&S Events Inc.
1855 N Banana River Dr.
Merritt Island, FL 32952

Flyers Skate Zone - Voorhees
601 Laurel Oak Road
Voorhees Township, NJ 08043

Christopher Collins
2830 Baird road
Fairport, NY 14450

The College of Saint Rose
432 Western Avenue
Albany, NY 12203

ICENTER
60 Lowell Rd
Salem, NH 03079

Jada Blitz Training LLC
4685 Transit Rd
Williamsville, NY 14221

TGA Cross Insurance
Emily LeBlanc
Wakefield, MA 01880

RB Real Enterprises
207 East Linden Ave
East Rochester, NY 14445

933 Building, LLC
933 Lee Road
Orlando, FL 32810

Sean O'Brien
29 Musquashicut Ave
Scituate, MA 02066

SC Automotive Engineering
7335 Cross County Road
North Charleston, SC 29418

Premier Development League, LLC
1715 N West Shore Blvd
Suite 825
Tampa, FL 33607

East Carolina University
Campus Living Finance
Greenville, NC 27858

City of Apopka, Florida
120 E Main Street
Apoka, FL 32703

Gorham Sports Center
215 Narragansett Street
Gorham, ME 04038

US Specialty Coatings
1000 Mcfarland 400 Blvd
Alpharetta, GA 30564

Payball
17 Crest Road
Norwalk, CT 06853

CIEE
300 Fore St
Portland, ME 04101

John Paul II Catholic School
4211 N Okatie Highway
Ridgeland, SC 29936

FC Stars of Massachusetts, Inc.
30 Great Road
Acton, MA 01720

MVP Team Gear
912 Mt Kemble Ave
Morristown, NJ 07960

James Island Youth Soccer Club
PO Box 12752
James Island, SC 29422

Creative Church INC
P.O Box 310
Hardeeville, SC 29927

Compete Indoor Sports
576 Pleasant Street
Norwood, MA 02062

Leon Brown
141 Brigantine Dr. APt 2
Ocean City, NJ  08226

Chili Soccer Association
PO Box 109
North Chili, NY 14514

TeamSportsInfo.com
171 Gambel Lane
Sedona, AZ 86336

Town of Watertown
149 Main Street
Watertown, MA 02472

Halebro
196 Lahey Road
Madoc, Ontario, Canada K0K2K0

Greater Binghamton Sports Complex
1500 Airport Road
Binghamton, NY 13905

David A Halligan
2 Greenway Drive
Falmouth, ME 04105

Players Development Academy (PDA)
31 Roebling Road
Bernardsville, NJ 07924

STEPS Lacrosse
11 Red Oak Row
Chester, NJ 07930

Asbury Venture LLC
3217 Salerno Way
Philadelphia, PA 19145

East Rochester Union Free Schools
222 Woodbine Avenue
East Rochester, NY 14445

Town of Dover
29 Cross Street
Dover, MA 02030

Perinton Youth Hockey, Inc.
PO Box 1001
Fairport, NY 14450

Gilman Surge, LLC
261 West 5th
Boston, MA 02127

Samuel Monks
317 Brick Blvd
Brick, NJ 08723

New England Baseball Enterprises LLC
PO Box 919
Northborough, MA 01532

I-Business Network
2617 Sandy Plains Road
Marietta, GA 30066

Greentree Church
125 Schoolhouse Rd
Egg Harbor Township, NJ 08234

Discoveries Soccer Club
223 E. Main Street, #109
Rock Hill, SC 29731

Christiano Development
1273 Hertel Avenue
Buffalo, NY 14216

The Boks Project LLC
519 Tenby Terrace
Manchester, MO 63011

W.K. McKinley Inc.
1273 Hertel Avenue
Buffalo, NY 14621

Maxwell Collins
31 S Main St.
Natick, MA 01760

XL Soccer World Orlando LLC
825 Courtland Street
Orlando, FL 32804

Tri-County Community Action Agency
4474 Post Road
East Greenwich, RI 02818

Upper Township
Po Box 205
Tuckahoe, NJ 08250

3STEP Sports LLC
50-E Concord Street
Wilmington, MA 01887

City of Rock Hill Parks, Recreation and Tourism
P.O. Box 11706
Rock Hill, SC 29731-1706

The Rink at Lehigh Valley
3323 7th Street
Whitehall, PA 18052

Heather Pozen
61 Montvale Crescent
Newton, MA 02459

Charleston Southern University-Women's Soccer Buc Club
9200 University Blvd
Charleston, SC 29406

RIchard Gold
247 Tappan Street
Brookline, MA 02445

| | | |
|---|---|---|
| Aaron Esposito<br>3 Foster Lane<br>Rye, NH 03870 | National Soccer Events (NSE)<br>2742 Berringer Station Lane<br>Knoxville, CO 37932 | Greg Meehan - Meehan Design<br>33 St. Phelims Pl.<br>Cavan Town, Cavan 00000 |
| North Forest Properties E LLC<br>P.O. Box 3107<br>Buffalo, NY 14240-3107 | City of Niagara Falls<br>745 Main Street<br>Niagara Falls, NY 14301 | Marina Bay Sportsplex LLC<br>260 Victory Road<br>Quincy, MA 02171 |
| Gary Mueller<br>10 Baltic Place<br>Brewster, NY 10509 | Burrillville School Department<br>PO Box 464<br>Harrisville, RI 02830 | Red Coat Sports Inc<br>403 Main Street<br>Buffalo, NY 14203 |
| Christa Grable<br>8 Bock Lane<br>Baden, PA 15005 | Pittsburgh Hockey Academy<br>118 Sylvan Spring Lane<br>Valencia, PA 16059 | UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 |
| LECOM HarborCenter<br>100 Washington St<br>Buffalo, NY 14203 | Connor Misset<br>1381 Guernseytown Road<br>Watertown, CT 06795 | Pennington Athletic Club<br>1440 Lower Ferry Rd<br>Ewing, NJ 08618 |
| Massachusetts Futsal Association<br>70 Tanbark Road<br>Sudbury, MA 07116 | 664 U Ave, LLC<br>259 Alexander Street<br>Rochester, NY 14607 | Irvine Unified School District<br>100 Nightmist<br>Irvine, CA 92618 |
| Inveera Technologies LLC<br>25 Gabriel Ln<br>Acton, MA 01720 | Buckingham Properties<br>259 Alexander Street<br>Rochester, NY 14609 | Retire My Number<br>8554 Bell Crescent<br>Niagara Falls, ON L2G6Y4 |
| Coelho (Elisa) De Sousa Brito<br>317 Brick Blvd<br>Brick, NJ 08723 | Francisco António Ferro Cardoso Baptista<br>Avenida Dr.José Maria Cardoso, 23, 4º frente<br>Lousã, Coimbra 3200-202 | FAR POST SOCCER CLUB INC<br>PO BOX 5575<br>ESSEX JUNCTION, VT 05454 |
| LI Elite Showcases<br>52 bayview ave west<br>Lindenhurst, NY 11757 | Christopher Jordan<br>1412 Franklin Crossing Rd.<br>Franklin, MA 02038 | Hazel Park Arena<br>1555 E Woodward Heights Blvd.<br>Hazel Park, MI 48030 |
| Kelley Walton<br>845 Pipestone Dr.<br>Columbus, OH 43235 | Harter Secrest & Emery LLP<br>1600 Bausch & Lomb Place<br>Rochester, NY 14604 | Sean Graham<br>426 Bridge Street<br>Westbrook, ME 04092 |

Daniel Chouinard
77 Groveland Ave
South Weymouth, MA 02190

Solomon Apartment Management LLC
701 London Square Dr
Clifton Park, NY 12065

Reading Public Schools
Facilities Rental Department
82 Oakland Road
Reading, MA 01867

Glenstone Lodge Gatlinburg
504 Historic Nature Trail
Gatlinburg, TN 37738

Hunain Ali
L2455 Metroville 3rd Near Paradise Bakery Abul Isphanai Road
Karachi, Sindh 0

Evan DeVitto
398 Manhattan Avenue, Apt 2R
Brooklyn, NY 11211

Given (Simphiwe) Maqubela
19th Clifton Country Road
Clifton Park, NY 12065

Ocean View Properties
P. O. Box 385
Montrose, CA 91021

Bob Gannon
963 Parkside Avenue
Buffalo, NY 14216

Fayerweather Street School
765 Concord Avenue
Cambridge, MA 02138

Niagara Bauer Hockey Challenge
7871 Carl Road
Port Robinson, Ontario
Canada

Cherokee Soccer Association, Inc.
157 Railroad St
Canton, GA 30114

Embassy Suites Tulsa
3332 S 79th E Ave
Tulsa, OK 74145

Paul Worsley
433 Walnut St
Wyandotte, MI 48192

Gustin Properties LLC
68 Sullivan Street
Manchester, NH 03102

Northtown Center at Amherst
1615 Amherst Manor Drive
Williamsville, NY 14221

Ecofutbol PR inc
PO BOX 364801
San Juan, Puerto Rico 00936

Spero Homes LLC
20 Radcliffe Ave.
Providence, RI 02908

Town of Sherborn - Recreation Department
19 Washington Street
Sherborn, MA 01770

Woodcliff Hotel & Spa
199 Woodcliff Dr.
Fairport, NY 13057

Sportsplex Inc
90 Ridge Road
North Tonawanda, NY 14120

Kreezee Corporation
CP 25008, CP Jean Gauvin
Quebec, QC G1X 5A3

City of Westbrook
2 York Street
Westbrook, ME 04092

GotSoccer LLC
750 Third Street
Neptune Beach, FL 32206

Carolina Football Club
P.O. Box 170343
Spartanburg, SC 29301

Ross Hill
317 Brick Boulevard suite 110
Brick, NJ 08723

Wall Knights AYF and Cheer
PO Box 71
Sea Girt, NJ 08750

Avicore Reporting
814 Elm St
Manchester, NH 03101

Waza Mutambirwa
317 Brick Blvd
Brick, NJ 08723

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 7346

| | | |
|---|---|---|
| Elite Tournaments<br>9160 Rumsey Rd<br>Columbia, MD 21045 | ExpandaBrand Inc.<br>1005 Alderman Drive<br>Alpharetta, GA 30005 | Maxwell Philpott<br>547 Mt Pleasant Avenue<br>Providence, RI 02908 |
| Zionsville Youth Soccer Association<br>P.O. Box 5041<br>Zoinsville, IN 46077 | Benjamin Altarescu<br>276 GREENPOINT AVE<br>Brooklyn, NY 11222 | Boston Public Schools - FAC MGT<br>1216 Dorchester Ave<br>Dorchester, MA 02125 |
| ForeKicks - Norfolk<br>10 Pine Street<br>Norfolk, MA 02056 | Kathleen Finnegan<br>432 ELM ST<br>Stirling, NJ 07980 | Great Lakes Alliance LLP<br>13940 Cedar Rd<br>Cleveland, NH 44118 |
| SanMar Corp<br>PO Box 643693<br>Cincinnati, OH 45264-3693 | Town of Gorham - Gorham Recreation<br>75 South Street<br>Gorham, ME 04038 | Alexis Newman<br>90 Hiawatha Trail<br>Medford Lakes, NJ 08055 |
| Benjamin Murphy<br>373 Commonwealth Rd<br>Wayland, MA 01778 | Josh Shields<br>800 N. Connecticut<br>Royal Oak, MI 48067 | Schuyler Sports Complex, LLC<br>PO Box 145<br>Chadwicks, NY 13319 |
| Nicholas M Zotos<br>239 Roxbury Drive<br>Ofallon, MO 63366 | Quintin Anton Smith<br>9010 Six Rivers Lane<br>Missouri City, TX 77459 | Kara Mannion<br>97 Peach Hill Road<br>Berlin, MA 01503 |
| Amanda Harney<br>44 Millers Lane<br>Montville, NJ 07045 | US LAX Events<br>131 Eisenhower Lane North<br>Lombard, IL 60148 | Holiday Inn Express Cheektowaga NE<br>c/o Jaibali INC Eidelweiss Ski Lodge<br>Cheektowaga, NY 14225 |
| Provident Debit Card<br>25 Maplewood Avenue<br>Portsmouth, NH 03801 | Stefano Reis Gomes<br>133 University Ave<br>Lowell, MA 01854 | Florida Elite Soccer Academy<br>87 Weymouth Lane<br>Palm Coast, FL 32164 |
| Shan Jones<br>85 Central Street<br>Waltham, MA 02453 | Pennsylvania Classics AC<br>118 Doreen Drive<br>Hummelstown, PA 17036 | Maeve Moran<br>9 Woodland Road<br>New York, NY 10956 |
| Adam Christie<br>85 Central Street<br>Waltham, MA 02453 | CET Management UK Limited<br>14 Beech Avenue<br>Mancehster, Manchester M224JE | Prague Boats s.r.o.<br>Nad Vavruskou 19<br>Prague, Czech Republic 18100 |

| | | |
|---|---|---|
| Nolan Villeneuve<br>8 Rutledge Road<br>Bedford, NH 03110 | Marc J Fritsche<br>3403 W. Zuni Brave Trail<br>Phoenix, AZ 85086 | Aaron McGarvey<br>4500 Great Oak Dr<br>North Charleston, SC 29418 |
| Auburn Place Hotel & Suites<br>3265 William St<br>Cape Girardeau, MO 63703 | James Morgan<br>192 Longsight Lane<br>Rock Hill, SC 29730 | Joshua N Pickering<br>317 Brick Blvd, Suite 110<br>Brick, NJ 08723 |
| GOF, LLC<br>PO Box 120897<br>Nashville, TN 37212 | GameSheet Inc<br>389 Millard Ave<br>Newmarket, ON L341Z8 | Kings Hammer Soccer LLC<br>50 east rivercenter blvd, suite 1410<br>covington, KY 41011 |
| Union Volleyball Club<br>PO Box 642<br>PeWee Valley, KY 40056 | All Sports Assigning<br>270 Barclay Court<br>Rochester, NY 14612 | COGENCY GLOBAL INC<br>122 E 42nd St 18th FL<br>New York, NY 10168 |
| Thomas McEnery<br>632 Sedgewood Drive<br>Rock Hill, SC 29732 | Moravian College<br>1200 Main Street<br>Bethlehem, PA 18018 | Stormers Soccer Club Inc<br>19 Bradford Road<br>Rochester, NY 14618 |
| Sahlens Sports Park<br>7070 Seneca St<br>Elma, NY 14059 | Eric M Pritchard<br>227 Chamberlain Road<br>Honeoye Falls, NY 14472 | BSN Sports LLC<br>P.O. Box 660176<br>Dallas, TX 75266-0176 |
| Titanium Endeavors LLC<br>2205 Botanica Circle<br>Melbourne, FL 32904 | The Athletic Campus LLC<br>3195 Brighton Henrietta Town Line Road<br>Rochester, NY 14623 | Simrita Johal-Virk<br>9371 164 A St<br>Surrey, BC V4N5S3 |
| Johnson Law Associates PC<br>4474 Post Road<br>East Greenwich, RI 02818 | Seashore Soccer League INC<br>4915 Arendell St. Ste J., PMB 134<br>Morehead City, NC 28557 | Hampton Inn & Suites Knoxville Turkey Creek<br>11340 Campbell Lakes Drive<br>Knoxville, TN 37934 |
| Top Hockey Sweden<br>Skagersvägen 1<br>Stockholm, Sweden 12038 | City of Tega Cay<br>7725 Tega Cay Drive<br>Tega Cay, SC 29708 | University of Michigan Dearborn Athletics<br>4901 Evergreen Road |
| Game Day USA<br>PO Box 5667<br>Naperville, IL 6056 | Sheraton Sand Key Resort<br>1160 Gulf Blvd.<br>Clearwater, FL 33767 | Victoria Stojanoski<br>51378 Blue Spruce Dr<br>Macomb, MI 48042 |

| | | |
|---|---|---|
| Stephanie Stefanovski<br>51852 Blue Spruce Dr<br>Macomb, MI 48042 | Amber Neumann<br>872 Koches Ave<br>Brick, NJ 08724 | Tyler Evans<br>26918 Miela Dr<br>Chesterfield, MI 48051 |
| Rachel Elliot<br>8 Pleasant View Ave<br>Northwood, NH 03261 | Swithin Elijah Joseph<br>51684 Blue Spruce Drive<br>Macomb, MI 48042 | Danielle Bay<br>155 Lincoln Road<br>Phillipsburg, NJ 08865 |
| William Wilson<br>12 Lake View Drive<br>Lake Saint Louis, MO 63367 | Memory to Video Productions, LLC<br>2522 Woodward Ave<br>Detroit, MI 48201 | Lansingburgh Central School District<br>576 Fifth Avenue<br>Troy, NY 12182 |
| Rita's Office Cleaning Specialist<br>393 Boynton St<br>Bedford, NH 03110 | Genesee Community College<br>One College Rd<br>Batavia, NY 14020 | William Czaja<br>26 Basket Lane<br>Portland, ME 04103 |
| Venus Sinson<br>14 Oakley Blvd<br>Scarborough, ON M1P 3P2 | Ashburn Xtreme LA<br>42670 Explorer Dr<br>Brambleton, VA 20148 | Springhill Suites North Canton<br>5770 Dressler Rd NW<br>North Canton, OH 44720 |
| Greater Rochester Visitors Association<br>45 East Avenue<br>Rochester, NY 14604 | Moksha Hotels<br>2227 Old Fort Pkwy<br>Murfreesboro, TN 37129 | Electric Bricks LLC<br>PO Box 275<br>Moriches, NY 11955 |
| Matthew Kindred<br>31560 Bridge St.<br>Garden City, MI 48135 | Residence Inn Waltham<br>250 2nd Avenue<br>Waltham, MA 02151 | Robert Gasior<br>2 FOX CT<br>SOMERSWORTH, NH 03878-1435 |
| Dayna Martinetto<br>80 Meadow Ct<br>Manorville, NY 11949 | Worcester Physical Therapy Services Inc.<br>30 Glennie St<br>Worcester, MA 01605 | AMgC Sports<br>16424 Magnolia Bluff Drive<br>Montverde, FL 34756-3511 |
| Jacqueline L Holmes<br>324 Winthrop Street<br>Medford, MA 02155 | Alliance Reservations Network<br>428 E. Thunderbird Road, #247<br>Phoenix, AZ 85022 | Lauren Armellino<br>104 East Militia Road<br>Whitehouse Station, NJ 08889 |
| Ciardelli Fuel Company Inc<br>467 Nashua Street<br>Milford, NH 03055 | Richard Newton<br>76 Farm Hill Rd.<br>Leominster, MA 01453 | Aaron Ghent<br>2331 Rolling Ridge Dr<br>Avon, NY 14414 |

| | | |
|---|---|---|
| 07 NCFC White South G<br>2301 Redbridge Ln<br>Apex, NC 27502 | The Cart Guy<br>465 Tunnel Rd.<br>Rowe, MA 01367 | Grow To Pro Baseball Group LLC<br>21 Saxony Road<br>Pittsford, NY 14534 |
| Fairport Swimming, Inc.<br>PO Box 81<br>Fairport, NY 14450 | Robert E Brucken II<br>19 Outlook Avenue<br>Budd Lake, NJ 07828 | Life Storage<br>777 Mantua Grove Rd<br>West Deptford, NJ 08066 |
| Columbia Sussex Corporation<br>740 Centre View Blvd<br>Crestview Hills, KY 41017 | Tomas J Minto<br>219 W Walnut<br>Kalamazoo, MI 49007 | Oshawa Kicks Soccer Club<br>1401 Phillip Murray Avenue<br>Oshawa, ON L1J 8C4 |
| Erin E Allen<br>2094 Edge Road<br>Syosset, NY 11791 | Lori Vessie<br>38 Malcolm Street<br>Waldwick, NJ 07643 | David Fazekas<br>5308 Spring Road<br>Verona, NY 13478 |
| Rachel E Smith<br>902 Bentley Ridge Blvd<br>Lancaster, PA 17602 | Patrick Keary<br>426 Bridge street<br>Portland, ME 04102 | Fusion Lacrosse LLC<br>604 West Chestnut Street<br>West Chester, PA 19380 |
| True Lacrosse Utah<br>2123 East Pinnacle Terrace Way<br>Salt Lake City, UT 84121 | Rochester District Youth Soccer League, Inc.<br>5988 Onyx Drive<br>Farmington, NY 14425 | Donovan Bewick<br>1892 Chelsea Ct.<br>Rochester Hill, MI 48306 |
| Bradley Merola<br>2156 Keystone Dr<br>Sterling Heights, MI 48310 | Flemington Falcons Football Association, Inc.<br>1 Thames Lane<br>Flemington, NJ 08822 | SUNY Geneseo<br>1 College Circle<br>Geneseo, NY 14454 |
| Spartan Custom, LLC<br>310 Southport Road<br>Roebuck, SC 29376 | Lori Brown<br>15 Cherry Lane<br>Basking Ridge, NJ 07920 | Warren Van Blommestein<br>85 Central Street<br>Waltham, MA 02453 |
| Iron Mountain<br>P. O. Box 27128<br>New York, NY 10087-7128 | Dylan Barrett<br>119 Buck Road<br>Glassboro, NJ 08028 | John Devaney<br>4 Brentwood Dr<br>Jackson Township, NJ 08527 |
| Hockey Plus<br>337 Red Fox Lane<br>Clarksboro, NJ08020 | Prep Network, LLC<br>6901 East Finish Line Road, Suite 188<br>Maple Grove, MN 55369 | Aitor Fuentes Pares<br>2809 Wehrle Dr<br>Williamsville, NY 14221 |

| | | |
|---|---|---|
| Burrstone Inn<br>1777 Burrstone Rd<br>New Hartford, NY 13413 | Blaine Soccer Club<br>1700 105th Ave NE<br>Blaine, MN 55449 | Lloyd Bruce Miller<br>400 Victoria Boulevard<br>Buffalo, NY 14217 |
| Leonard (Lenny) Webb<br>60 Zephyr Lake Rd<br>Greenfield, NH 03047 | Benito Salazar<br>511 North Ave NE<br>Massillon, OH 44646 | Centennial Community Education<br>4707 North Road<br>Circle Pines, MN 55014 |
| Scottsville Ice Arena<br>PO Box 93015<br>Rochester, NY 14692 | Martin Kenny<br>933 Lee Rd<br>Orlando, FL 32810 | United States Box Lacrosse Association<br>14938 Camden Ave<br>San Jose, CA 95124 |
| Country of Monroe, New York<br>39 west main street<br>Rochester, NY 14614 | Gary Witts<br>805 Tanglewood Dr NE<br>Massillon, OH 44646 | Jersey Central Power & Light<br>P.O. Box 3687<br>Akron, OH 44309-3687 |
| Anthony Roy<br>6821 Black horse Pike,apt 402<br>Egg harbor Township, NJ 08234 | Howard & Howard Attorneys PLLC<br>450 West Fourth Street<br>Royal Oak, MI 48067 | Fabio Alexandre Felix<br>1807 Hertel Avenue<br>Buffalo, NY 14216 |
| Ryan Louis<br>400 Victoria Blvd<br>Kenmore, NY 14217 | Brian Oliver<br>228 N Creek Crossing<br>Rochester, NY 14612 | Robert Flannery Jr<br>18614 Bungalow Dr<br>Lathrup Village, MI 48076 |
| The Roslyn Hotel<br>1221 Old Northern Blvd<br>Roslyn, NY 11576 | Jordan Sullivan<br>120 E Linden Ave<br>Rochester, NY 14445 | Vermont Department of Taxes<br>133 State Street<br>Montpelier, VT 05602 |
| Gatlinburg Hospitality Association<br>P.O. Box 1368<br>Gatlinburg, TN 37738 | Days Inn Richmond South<br>6910 Midlothian Tnpk.<br>Richmond, VA 23225 | Total Sports Experience LLC<br>880 Elmgrove Road<br>Rochester, NY 14624 |
| Scott Graham<br>664 University Avenue<br>Rochester, NY 14607 | Keith Miller<br>11624 Bingham St<br>Cerrtios, CA 90703 | Jack Taylor<br>10 Sandhill Rd<br>Hudson, NH 03051 |
| Sean Hallas<br>800 Genesee Street<br>Buffalo, NY 14036 | Brian Patterson<br>7316 Santa Monica Blvd<br>West Hollywood, CA 90046 | Marcus Littlefield<br>1926 shore road<br>Marmora, NJ 08223 |

| | | |
|---|---|---|
| Calum Jeffrey<br>19 Clifton Country Rd<br>Clifton Park, NY 12065 | Calvin Lewis Wickens<br>278 Bouckhart Ave<br>Rochester, NY 14622 | Michael Waddell<br>10061 Sterling Ave<br>Allen Park, MI 48101 |
| Matthew Bambrick<br>1247 Chateau Drive<br>San Jose, CA 95120 | Jonathan Dark<br>102b 21st avenue<br>Seaside Park, NJ 08752 | Jackie Matzirakis<br>2213 Wolford Circle<br>Franklin, TN 37067 |
| Emilio Ycaza<br>1100 Tortuga Circle Northeast<br>St. Petersburg, FL 33702 | Alessio De Michele<br>2718 Alexander St<br>Endwell, NY 13760 | Ramona Thomson<br>15 Augusta Cove<br>La Salle, MB R0G0A1 |
| Ryan Hayhurst<br>900 Old Fashioned Way<br>Newport, NC 28570 | Sara Soenen<br>3030 S 9th St<br>Kalamazoo, MI 49009 | Horizon Dynamic Web Designs, LLC<br>PO Box 828<br>Canandaigua, NY 14424 |
| Megan Payne<br>317 Brick Blvd<br>Brick, NJ 08723 | Georgie Wilkinson<br>317 Brick Blvd<br>Brick, NJ 08723 | Joshua Zitzman<br>3170 N. Sheridan Rd<br>Chicago, IL 60657 |
| Devon Tomson<br>19 Clifton Country Rd.<br>Clifton Park, NY 12065 | Ciara Barnes<br>171 Longsight Lane<br>Rock Hill, SC 29730 | Ralph Thibodeau<br>50 Highland St<br>Holden, MA 01520 |
| Vinay Vijay (Vincent) Saujani<br>125 Marlborough Road<br>Syracuse, NY 13206 | Kyle Henry Wiswell<br>46 Knox Lane<br>Berwick, ME 03901 | Cheryl Edwards<br>130 Dean Road<br>Massachusetts, MA 02445 |
| Michael Jordan<br>65 Salli Circle<br>Ludlow, MA 01056 | Hayden Hollinger<br>4500 Great Oak Drive<br>North Charleston, SC 29418 | US Officials LLC<br>7025 Kingsmill Ct<br>Lakewood Ranch, FL 34202 |
| Beverly Loss<br>32 Madison Ave<br>Flemington, NJ 08822 | The Appy Lodge c/o Oaktenn, Inc.<br>PO Box 1520<br>Pigeon Forge, TN 37868 | Anna Harris<br>1622 Picardy Ct<br>Long Grove, IL 60047 |
| Justin Chad Matthews<br>85 Central Street<br>Waltham, MA 02453 | Morgan O'Hanrahan<br>500 Carlen Avenue<br>Lexington, SC 29072 | Darren Jones<br>99 Grayrock Rd<br>Clinton, NJ 08809 |

Baylor Youth Foundation
5499 Dexter Drive
Merrillville, IN 46410

Stephan Feldgoise
18 Salem Drive
Scarsdale, NY 10583

Cortland Capital Market Services, LLC
225 West Washington Street
Suite 1450
Chicago, IL 60606

Generation Capital LGS, LP
17 Prince Arthur Avenue
3rd Floor
Toronto, ON M5R 1B2

Jefferson River Investors I, LLC
c/o Jefferson River Capital LLC
1330 Avenue of the Americas
11th Floor
New York, NY 10019

LSTC California, LLC
P.O. Box 712
Livermore, CA 94550

Zondervan Enterprises, LLC
PO Box 19394
Kalamazoo, MI 49019-0394

Zondervan Enterprises, LLC
5863 Governor's Hill Dr.
Alexandria, VA 22310-2358

WeWork
77 Sleeper Street Tenant LLC
77 Sleeper St.
Boston, MA 02210

Commonwealth of Massachusetts
Division of Unemployment Assistance
Legal Department
19 Staniford Street, 1st Floor
Boston, MA 02114-2502

United States Attorney
John J. Moakley US Federal Courthouse
One Court House Way, Suite 9200
Boston, MA 02210

Securities and Exchange Commission
Boston Regional Office
33 Arch Street
24th Floor
Boston, MA 02110-1424

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Massachusetts Dept. of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Office of The United States Trustee
5 Post Office Square
Suite 1000
Boston, MA 02109

Office of the Attorney General
Commonwealth of Massachusetts
Fair Labor Division
One Ashburton Place, 18th Floor
Boston, MA 02108

Portion of Creditor Matrix to be filed under seal pursuant to Debtors' Motion to File Portions of Schedules and Creditor Matrix Under Seal