| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Carolina Premier Soccer, LLC**<br>Name | EIN **46–1594047** |
| United States Bankruptcy Court **District of Massachusetts**<br>Case number: **20–11365** | | Date case filed for chapter **7   6/22/20** |

Official Form 309D (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set    12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

**To protect your rights, you may wish to consult an attorney.** All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other document in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Carolina Premier Soccer, LLC | |
| 2. | **All other names used in the last 8 years** | aka Global Premier Soccer (GPS) | |
| 3. | **Address** | 706 Orleans Road<br>Charleston, SC 02210 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel C. Cohn<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02110 | Contact phone (617) 457–4155<br>Email: dcohn@murthalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Harold B. Murphy<br>Murphy & King, P.C.<br>One Beacon Street<br>Boston, MA 02108–3107 | Contact phone 617–423–0400<br>Email: mxc@hanify.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109–3945 | Hours open<br>Monday–Friday<br>8:30am–5:00pm<br>Contact phone       617–748–5300<br>Date:                          7/2/20 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **August 27, 2020 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**The meeting will be held TELEPHONICALLY** |

**The dial–in number and participant code for the telephonic section 341 meeting of creditors will be posted to the docket within 14 days prior to the meeting. You may also contact the trustee for dial–in information.**

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**     page 1

Debtor **Carolina Premier Soccer, LLC** Case number **20–11365 –jeb**

| | | | |
|---|---|---|---|
| 8. | **Deadlines**<br>Papers and any required fee must be received by the bankruptcy clerk's office **no later than 4:30 PM (Eastern Time)** by the deadlines listed. | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/31/20** |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/21/20** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form (Official Form 410) may be obtained at www.uscourts.gov or any bankruptcy clerk's office or printed from the courts website at www.mab.uscourts.gov/mab/creditorinformation. You may also file your claim electronically through the court's website at www.mab.uscourts.gov. | |
| | | • If you do not file a proof of claim by the deadline listed, you might not be paid any money on your claim. | |
| | | • **To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.** | |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. | **Deadline to file §503(b)(9) requests** | Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty(20) days of bankruptcy) must be filed in the bankruptcy clerk's office. | **Filing deadline:** 60 days from the first date set for the meeting of creditors. |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |
| 12. | **Abandonment of Estate Property** | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. §554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within fourteen (14) days from the date first scheduled for the meeting of creditors. | |