UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Chapter 7 Case Nos. |
| | ) | |
| LEGACY GLOBAL SPORTS, L.P., | ) | 20-11157 |
| LGS MANAGEMENT, LLC, | ) | 20-11351 |
| LGS MANUFACTURING, LLC, | ) | 20-11352 |
| LEGACY GLOBAL LACROSSE, LLC, | ) | 20-11353 |
| LGS LOGISTICS, LLC, | ) | 20-11354 |
| LGS TEAM SALES, LLC, | ) | 20-11355 |
| PREMIER SPORTS EVENTS, LLC, | ) | 20-11356 |
| MASSACHUSETTS PREMIER SOCCER, LLC, | ) | 20-11357 |
| MAINE PREMIER SOCCER, LLC, | ) | 20-11358 |
| MASS PREMIER SOCCER IN NEW HAMPSHIRE, LLC, | ) | 20-11359 |
| FLORIDA PREMIER SOCCER, LLC, | ) | 20-11360 |
| NEW YORK PREMIER SOCCER, LLC, | ) | 20-11361 |
| JERSEY PREMIER SOCCER, LLC, | ) | 20-11362 |
| GPS IN VERMONT, LLC, | ) | 20-11363 |
| RHODE ISLAND PREMIER SOCCER, LLC, | ) | 20-11364 |
| CAROLINA PREMIER SOCCER, LLC, | ) | 20-11365 |
| GEORGIA PREMIER SOCCER, LLC, | ) | 20-11366 |
| GLOBAL PREMIER SOCCER PUERTO RICO, LLC, | ) | 20-11367 |
| GLOBAL PREMIER SOCCER CANADA, LLC, | ) | 20-11368 |
| GLOBAL PREMIER SOCCER OREGON, LLC, | ) | 20-11369 |
| GLOBAL PREMIER SOCCER CALIFORNIA, LLC, | ) | 20-11370 |
| GLOBAL PREMIER SOCCER MISSOURI, LLC, | ) | 20-11371 |
| GLOBAL PREMIER SOCCER CONNECTICUT, LLC, | ) | 20-11372 |
| GLOBAL PREMIER SOCCER DELAWARE, LLC, | ) | 20-11373 |
| GLOBAL PREMIER SOCCER MICHIGAN, LLC, | ) | 20-11374 |
| GLOBAL PREMIER SOCCER MINNESOTA, LLC, | ) | 20-11375 |
| GLOBAL PREMIER SOCCER OHIO, LLC | ) | 20-11376 |
| | ) | |
| Debtors. | ) | |
| | ) | |

ORDER PURSUANT TO BANKRUPTCY RULE 1015(b) DIRECTING
JOINT ADMINISTRATION OF RELATED CHAPTER 7 CASES

This matter came before me on the Motion of the Chapter 7 Trustee of Legacy Global

Sports, L.P. ("LGS") and its affiliated debtors (collectively, the "Debtors") for entry of an order

pursuant to Bankruptcy Rule 1015(b) and MLBR 1015-1 directing joint administration of the

Debtors' chapter 7 cases for procedural purposes only. Having reviewed the Motion, and good cause being shown, it is hereby ORDERED that:

1.      The Motion is GRANTED as provided herein.

2.      The above-captioned chapter 7 cases shall be jointly administered by the Court, for procedural purposes only, under Case No. 20-11157.

3.      The caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | Chapter 7 |
| | Case No. 20-11157 |
| Legacy Global Sports, L.P., *et al.*, | |
| | Jointly Administered |
| Debtors.[1] | |

4.      All further pleadings and other papers shall be filed in, and all further docket entries shall be made in Legacy Global Sports, L.P., Case No. 20-11157 and that case alone, except for (i) the schedules, statement of financial affairs, list of equity security holders, and matrix for each case and any amendments to the foregoing which shall be filed in the respective debtor's case, and (ii) proofs of claims which shall be filed by creditors in the particular debtor's case that is indebted to such creditor. Any motion or other request for relief filed in one of the

---

[1] The Debtors in Case Nos. 20-11157 and 20-11351 through 20-11376 are as follows: Legacy Global Sports, L.P., LGS Management, LLC, LGS Manufacturing, LLC, Legacy Global Lacrosse, LLC, LGS Logistics, LLC, LGS Team Sales, LLC, Premier Sports Events, LLC, Massachusetts Premier Soccer, LLC d/b/a Global Premier Soccer, Maine Premier Soccer, LLC, Mass Premier Soccer in New Hampshire, LLC, Florida Premier Soccer, LLC, New York Premier Soccer, LLC, Jersey Premier Soccer, LLC, GPS in Vermont, LLC, Rhode Island Premier Soccer, LLC, Carolina Premier Soccer, LLC, Georgia Premier Soccer, LLC, Global Premier Soccer Puerto Rico, LLC, Global Premier Soccer Canada, LLC, Global Premier Soccer Oregon, LLC, Global Premier Soccer California, LLC, Global Premier Soccer Missouri, LLC, Global Premier Soccer Connecticut, LLC, Global Premier Soccer Delaware, LLC, Global Premier Soccer Michigan, LLC, Global Premier Soccer Minnesota, LLC, and Global Premier Soccer Ohio, LLC.

jointly administered cases shall specify the debtor or debtors concerning whom relief is sought.

5. The Trustee shall serve this Order on the Debtors, all secured creditors, taxing authorities, parties having filed a notice of appearance in any of the cases, and the United States Trustee, and file a certificate of such service by **July 21, 2020**.

6. Nothing contained this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' chapter 7 estates.

Dated: July 14, 2020

Janet E. Bostwick
United States Bankruptcy Judge